LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 1 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00055 |
| Plaintiff, ) | **COMPLAINT** |
| vs. ) | **ATTEMPTED ILLEGAL REENTRY OF REMOVED ALIEN** |
| HUI CHUN CHEN, ) | [8 U.S.C. §§ 1326 (a)(1) and (2); and 6 U.S.C. §§ 202(3), 202(4), and 557] |
| Defendant. ) | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about June 10, 2007, within the District of Guam, the defendant herein, HUI CHUN CHEN, an alien, who previously had been denied admission, excluded, deported and removed from the United States to Taiwan, on or about August 13, 2003, at Boston, Massachusetts, did unlawfully and intentionally attempt to enter the United States with the purpose, i.e., conscious desire, to enter the United States, at the Guam International Airport Port of Entry, and that prior to her re-embarkation from a place outside the United States, the defendant knew she had not received the consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United

States Code, Sections 202(3) and (4), and 557) to reapply for admission and to enter the United States, in violation of Title 8, United States Code, Sections 1326 (a)(1) and (2).

COMPLAINANT FURTHER STATES:

My name is Brent Ada Tablan, and I am a U.S. Customs and Border Protection Enforcement Officer, and have been so employed with the Department of Homeland Security for four (4) years. My duties include investigation of violations of Titles 8 and 18 of the United States Code as they apply to violations of U.S. immigration laws. The information contained in this affidavit is based upon witness interviews, the collection of evidence, and document analysis conducted by the affiant. Based upon my knowledge, training, and experience with the Immigration and Nationality Act, I hereby make the following affidavit:

1. On June 10, 2007 at approximately 0751, Hui Chun CHEN a citizen of Taiwan, (DOB: 02/15/1981, Taiwan Identification number F224855149), arrived at the Guam International Airport from Taiwan via China Airlines Flight 026. At primary immigration inspection, CHEN presented a valid, unexpired Republic of China/Taiwan passport #212562775 (Issue date: 05/16/05, Expire date: 05/16/15) and applied under the Guam Visa Waiver Program (I-94 #22173896312) as a visitor for pleasure. CHEN was referred to immigration secondary inspection for further questioning regarding a previous removal record at Logan International Airport, Boston, Massachusetts on about August 13, 2003.

2. Research at secondary inspection revealed that CHEN was processed for expedited removed from Logan International Airport, Boston, Massachusetts on about August 13, 2003. From Boston CHEN traveled to Los Angeles, California and from there CHEN was physically removed to Taiwan on about August 15, 2003. In Boston CHEN attempted to smuggle into the United States from Costa Rica, a citizen from the Peoples Republic of China identified as Chen,

Wen-Ming (A96405390) who was posing as a Taiwanese citizen. Hui Chun CHEN was charged with violating section 212(a)(6)(c)(i) of the Immigration and Nationality Act for misrepresenting the true purpose of her visit. CHEN was prohibited from entering the United States for a period of five (5) years after the date of removal on or about August 13, 2003.

3. With the aid of an interpreter CHEN agreed to waive her Miranda rights and answer questions. CHEN acknowledged she had previously been removed from Boston, Massachusetts, and that she was barred from entering the United States for a period of five (5) years. CHEN also stated that she did not apply for or receive consent from the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security prior to entering, today. In addition, CHEN did not apply for or receive a 212(d)(3), waiver of inadmissibility with a valid, unexpired U.S. Visa.

4. Based on the forgoing I have probable cause to believe that HUI CHUN CHEN has committed the offense of Attempted Illegal Reentry of Deported Alien in violation of Title 8, United States Code, Sections 1326 (a)(1) and (2).

_____
BRENT ADA TABLAN
Enforcement Officer
U.S. Customs & Border Protection

SUBSCRIBED AND SWORN to before me this 11th day of June, 2007.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

- 3 -

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

07-00055

**Defendant Information:**

**Juvenile: Yes ___ No _X_**  **Matter to be sealed: ___ Yes _X_ No**

Defendant Name ___Hui Chun CHEN___

Alisas Name _____

Address _____

RECEIVED JUN 11 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

Birthdate _XX/XX/1981_ SS# _N/A_ Sex _F_ Race _A_ Nationality _Taiwanese_

**U.S. Attorney Information:**

AUSA ___Marivic P. David___

**Interpreter:** ___ No _X_ Yes     List language and/or dialect: _Mandarin Chinese_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 U.S.C. §§ 1326(a)(1) & (2) | ILLEGAL REENTRY OF REMOVED ALIEN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: _6/11/07_     Signature of AUSA: _____