# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00055　　　　　　　　　　　　DATE: June 11, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 1:43:35- 1:52:30 |
| CSO: D. Quinata | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Hui Chun Chen | Attorney: Richard Arens |
| ☑Present ☑Custody ☐Bond ☐P.R. | ☑Present ☐Retained ☑FPD ☐CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: Brent Tablan, CBP |
| U.S. Probation: Carmen O'Mallan | U.S. Marshal: V. Roman / T. Muna |
| Interpreter: Foo Mee Chun Clinard | Language: Mandarin |

---

**PROCEEDINGS: Intial Appearance Re: Complaint**
- <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant advised of her rights, charges and penalties.
- Preliminary Examination Hearing set for: <u>June 21, 2007 at 9:00 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: