AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

In the _____ District of _____ Guam

UNITED STATES OF AMERICA

V.

HUI CHUN CHEN

**WARRANT FOR ARREST**

Case Number: CR-07-00055

**FILED**
DISTRICT COURT OF GUAM
JUN 11 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **HUI CHUN CHEN** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

ATTEMPTED ILLEGAL REENTRY OF REMOVED ALIEN,

**RECEIVED**
JUN 11 2007
US MARSHALS SERVICE-GUAM

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326(a)(1) and (2) _____

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

June 11, 2007 at Hagatna, Guam
Date and Location

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

THE DISTRICT COURT OF GUAM.

| DATE RECEIVED 06/11/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/11/07 | BRENT TABLAN, CBP ENFORCEMENT OFFICER | [Signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____