DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00055 |
| Plaintiff, | |
| vs. | APPOINTMENT ORDER |
| HUI CHUN CHEN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 11, 2007**