LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HUI CHUN CHEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00055 <br><br> **INDICTMENT** <br><br> **ATTEMPTED ILLEGAL REENTRY OF REMOVED ALIEN** <br> [8 U.S.C. § 1326 (a)(1) and (2); and <br> 6 U.S.C. §§ 202(3), 202(4), and 557] |

THE GRAND JURY CHARGES:

On or about June 10, 2007, within the District of Guam, the defendant herein, HUI CHUN CHEN, an alien, who previously had been denied admission, excluded, deported and removed from the United States to Taiwan, on or about August 13, 2003, at Boston, Massachusetts, did unlawfully and intentionally attempt to enter the United States with the purpose, i.e., conscious desire, to enter the United States, at the Guam International Airport Port of Entry, and that prior to her re-embarkation from a place outside the United States, the defendant knew she had not received the consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United

//

States Code, Sections 202(3) and (4), and 557) to reapply for admission and to enter the United States, in violation of Title 8, United States Code, Sections 1326 (a)(1) and (2).

DATED this 20th day of June, 2007.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

Reviewed:

*[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -

Case 1:07-cr-00055    Document 8    Filed 06/20/2007    Page 2 of 2