AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____



FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| Hui Chun Chen | Case Number: CR-07-00055 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam | 302 |
| 3rd Floor, U.S. Courthouse, 520 West Soledad Avenue | |
| Hagatna, Guam 96910 | Date and Time |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Thursday June 21, 2007 at 9:00 a.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐☐ Supervised Release Violation Petition  ☐ **Violation Notice**

**Charging you with a violation of** _____ **United States Code, Section(s)** _____

**Brief description of offense:**

**Attempted Illegal Reentry of Removed Alien [ 8 U.S.C. § 1326(a)(1) and (2); and 6 U.S.C. §§ 202(3), 202(4), and 557]**



RECEIVED
JUN 20 2007
US MARSHALS SERVICE-GUAM

WALTER M. TENORIO, Deputy Clerk
**Name and Title of Issuing Officer**

[signature]
Signature of Issuing Officer

June 20, 2007
**Date**

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

RECEIVED

Service was made by me | Date JUN 2 2007

US MARSHALS SERVICE-GUAM

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

RECEIVED

Returned  JUN 2 2007
Date
US MARSHALS SERVICE-GUAM

J. Sdero
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.