## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-07-00055          DATE: June 21, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Jennifer Moton      Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos      Electronically Recorded: 9:03:31 - 9:08:51
CSO: F. Tenorio / D. Quinata

**APPEARANCES:**
Defendant: Hui Chun Chen      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent: Brent Tablan - Customs and Border Protection
U.S. Probation: Judy Ocampo      U.S. Marshal: T. Muna / V. Roman
Interpreter: Chung L. Harrell      Language: Mandarin

**PROCEEDINGS: Initiial Appearance on an Indictment an Arraignment**
- Defendant sworn and examined.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: August 15, 2007 at 9:30 a.m.
- Defendant to remain in custody.

NOTES: