# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00055-001　　　　　　　　　　　　DATE: August 02, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 3:21:45 - 3:50:22
CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Hui Chun Chen　　　　　　　　Attorney: Richard Arens
　　Present　Custody　Bond　P.R.　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Marivic P. David　　　U.S. Agent: Claire Cruz, U.S. Customs & Border Protection
U.S. Probation: Carleen Borja　　　　U.S. Marshal: D. Punzalan / T. Muna
Interpreter: Chung L. Harrell　　　　Language: Mandarin

---

**PROCEEDINGS: Change of Plea**

- Defendant sworn and examined.
- Plea entered: Guilty to Count I.
- Plea: Accepted.
- Mr. Arens' oral motion for an expedited sentencing date was denied.
- Court instructed the case agent to work with the probation officer by providing necessary information for the preparation of the presentence report.
- Sentencing set for: October 31, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 10/03/2007
- Response to Presentence Report: 10/17/2007
- Final Presentence Report due to the Court: 10/24/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: