LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HUI CHUN CHEN, <br><br> Defendant. | CRIMINAL CASE NO. 07-00055 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report ("PSR") for the above defendant with the following exception:

In Paragraph 7 of the PSR, the first sentence should reflect "The plea agreement outlines that the defendant was lawfully removed from Boston, Massachusetts to Taipei, Taiwan via Los Angeles, California on August 13, 2003."

RESPECTFULLY SUBMITTED this 5th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney