JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HUI CHUN CHEN

**FILED**
DISTRICT COURT OF GUAM
OCT 1 1 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00055 |
|---|---|
| Plaintiff, | ) STIPULATION TO SCHEDULE |
| | ) SENTENCING HEARING |
| vs. | ) |
| HUI CHUN CHEN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing currently scheduled for October 31, 2007, be rescheduled for the week of October 15-19, 2007, to be selected by the court. The Draft Pre-sentence Investigation Report indicates that Ms. Chen is facing a term of imprisonment of 0-6 months. The parties herein do not

//

//

//

object to the Pre-sentence Report and agree that Ms. Chen receive a sentence of time served.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, October 9, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
HUI CHUN CHEN

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
for MARIA CRUZ
U.S. Probation Officer

2