# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00055-001                               DATE: October 31, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:59:58 - 10:26:30 |
| CSO: N. Edrosa | |

**APPEARANCES:**

Defendant: Hui Chun Chen                               Attorney: Richard Arens
  Present   Custody   Bond   P.R.                        Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David            U.S. Agent: C. Cruz, Customs and Border Protection
U.S. Probation: Maria Cruz                 U.S. Marshal: D. Punzalan
Interpreter: Chung Harrell                 Language: Mandarin

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 145 days)</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid using the funds confiscated by immigration officials.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service for processing.

NOTES: